## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*July 7, 2006*

[Cite as *07/07/2006 Case Announcements*, 2006-Ohio-3495.]

### MISCELLANEOUS DISMISSALS

**2006–1014. Grundstein v. Carroll.**
Cuyahoga App. No. 86604, 2006-Ohio-2215. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*July 10, 2006*

[Cite as *07/10/2006 Case Announcements*, 2006-Ohio-3529.]

### MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1080. State ex rel. Yavitch & Palmer Co. L.P.A. v. Jackson.**
In Mandamus.

**2006–1121. State ex rel. District 1199, Health Care & Social Service Union, SEIU v. Ohio Dept. of Job & Family Servs.**
In Mandamus.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2006–0651. State ex rel. Tussing v. Indus. Comm.**
Franklin App. No. 05AP–178, 2006-Ohio-703.

**2006–0931. State ex rel. Worrell v. Ohio Police & Fire Pension Fund.**
Franklin App. No. 05AP–490, 2006-Ohio-1301.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*July 11, 2006*

[Cite as *07/11/2006 Case Announcements*, 2006-Ohio-3546.]

### MOTION AND PROCEDURAL RULINGS

**2003–1964. State v. Conway.**
Franklin C.P. No. 02CR–3117. This cause came on for further consideration of appellant's motion for stay of execution scheduled for September 19, 2006. Upon consideration thereof,

IT IS ORDERED by the court that the motion for stay of execution is granted.

IT IS FURTHER ORDERED that this stay shall remain in effect until exhaustion of all state